**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-6756**
_____

BRENT W. COOK,

                    Plaintiff – Appellant,

          v.

MEDICAL DEPT., Staff; INTAKE, Booking Officers; SGT BERRY,
Sgt; SGT DURITY, Sgt,

                    Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Anthony John Trenga,
District Judge. (1:14-cv-00022-GBL-JFA)

_____

Submitted:  December 17, 2015      Decided:  December 21, 2015

_____

Before DIAZ and HARRIS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Brent William Cook, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brent William Cook appeals the district court's order denying his motion to reopen his 42 U.S.C. § 1983 (2012) proceeding. We have reviewed the record and find no reversible error. Accordingly, we deny Cook's motions for leave to proceed in forma pauperis and for appointment of counsel, and we dismiss the appeal for the reasons stated by the district court. Cook v. Med. Dep't, No. 1:14-cv-00022-GBL-JFA (E.D. Va. Apr. 21, 2015); see also 4th Cir. R. 34(b) (limiting our review to the issues raised in Appellant's informal brief). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED